UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM A TANNOUS,<br><br>  Plaintiff,<br><br>  v.<br><br>CABRINI UNIVERSITY, THE JEWISH FEDERATION OF GREATER PHILADELPHIA, MICHAEL BALABAN, JASON HOLTZMAN, and STOPANTISEMITISM.ORG,<br><br>  Defendants. | Case No. 2:23-cv-01115-GAM |

**JOINT STIPULATION TO EXTEND TIME TO FILE ANSWER OR MOTION TO DISMISS**

The parties, Kareem A. Tannous ("Plaintiff"), Cabrini University ("Cabrini") and The Jewish Federation of Greater Philadelphia, Michael Balaban and Jason Holtzman ("Federation Defendants") through their undersigned counsel, hereby stipulate that the deadline for Defendants to file relative Answers or Motions to Dismiss be extended to June 30, 2023. As set forth below, the parties agree that good cause exists to grant the within relief:

1. On March 22, 2023, Plaintiff filed his Complaint ("Plaintiff's Complaint") against the moving parties and an additional Defendant, STOPANTISEMITISM.ORG ("STOP"). ECF No. 1.

2. On March 27, 2023, Cabrini accepted service of the Complaint, thereby setting its response date to May 26, 2023.

3. On April 17, 2023 the Federation Defendants accepted service of the Complaint, thereby setting it response date to June 16, 2023.

4.     On May 1, 2023, STOP accepted service of Plaintiff's Complaint. Pursuant to Fed. R. Civ. Pro. 4, Defendant has sixty (60) days to file an answer or to move to dismiss, making the deadline June 30, 2023.

5.     On May 17, 2023 the moving parties conferred and jointly agreed to extend the time to answer or otherwise move in response to Plaintiff's Complaint to June 30, 2023 for all parties of record.

6.     For the foregoing reasons, the parties stipulate that the deadline to file an Answer or Motion to Dismiss be moved to June 30, 2023.

Respectfully submitted,

| /s/ Patricia Fecile-Moreland | /s/ Mark D. Schwartz |
|---|---|
| Patricia Fecile-Moreland<br>Marks, O'Neill, Doherty & Kelly, P.C.<br>(215) 832-4227 (Direct)<br>(215) 564-6688 (Office)<br>pmoreland@moodklaw.com | Mark D. Schwatz (PA ID No. 30527)<br>300 Sandcastle Drive<br>Bryn Mawr, PA 19010<br>(610) 525-5534 (Tel & Fax)<br>Markschwartz6814@gmail.com |
| *Attorney for Defendants The Jewish Federation of Greater Philadelphia, Michael Balaban and Jason Holtzman* | *Attorneys for Plaintiff, Kareem A. Tannous* |
| | /s/ Marjorie Obod |
| | Marjorie Obod<br>Patrick Hamlet<br>Dilworth Paxson, LLP<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102<br>Tel: (215) 575-7015<br>Fax: (215) 575-7200<br>mobod@dilworthlaw.com<br>phamlet@dilworthlaw.com |
| | *Attorneys for Defendant Cabrini* |

Date:   May 18, 2023