# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREEM A. TANNOUS** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 23-1115 |
| | : | |
| **CABRINI UNIVERSITY, et al.** | : | |

## ORDER

This 4th day of October, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motions to Dismiss are **GRANTED IN PART** and **DENIED IN PART** as follows:

1. STOPANTISEMITISM.org's Motion to Dismiss, ECF 15, is **GRANTED** as to Plaintiff's claims of tortious interference and defamation and **DENIED** as to Plaintiff's claim of invasion of privacy (false light).

2. Defendants Michael Balaban, Jason Holtzman, and the Jewish Federation of Greater Philadelphia's Motion to Dismiss, ECF 16, is **GRANTED** in full.

3. Defendant Cabrini University's Motion to Dismiss, ECF 17, is **GRANTED** as to Plaintiff's claims of discrimination under 42 U.S.C. § 1981, 42 U.S.C. § 2000e *et seq.* (Title VII), and the Pennsylvania Human Relations Act (PHRA), **GRANTED** as to Plaintiff's claims of maintenance of a hostile work environment under Title VII and the PHRA, and **DENIED** as to Plaintiff's claim for breach of contract, and claims of retaliation under Title VII and the PHRA.

/s/ Gerald Austin McHugh
United States District Judge
