IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM A. TANNOUS | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-1115 |
| | : | |
| CABRINI UNIVERSITY, ET AL. | : | |

## ORDER

This 13th day of October, 2023, it is hereby **ORDERED** that Defendant STOPANTISEMITISM.ORG's Motion for Extension of Time to File Answer to Complaint (ECF 30) is **GRANTED**. Defendant shall file their response within seven (7) days after the Court's resolution of the Motion for Reconsideration (ECF 29).

/s/ Gerald Austin McHugh
United States District Judge