IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREEM A. TANNOUS** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 23-1115 |
| | : | |
| **CABRINI UNIVERSITY, et al.** | : | |

## ORDER

This 20th day of November, 2023, it is hereby **ORDERED** that Defendant StopAntisemitism.org's Motion for Reconsideration, ECF 29, is **GRANTED.** Accordingly, Count VII[1] of Plaintiff's Complaint for Invasion of Privacy (False Light) against Defendant StopAntisemitism.org is hereby **DISMISSED** without prejudice.

       /s/ Gerald Austin McHugh
    United States District Judge

---

[1] This Count is labeled in error as Count VI in the Complaint. ECF 1 at 22.