IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kareem A. Tannous,<br><br>                    Plaintiff,<br>   v.<br><br>Cabrini University, The Jewish Federation of Greater Philadelphia, and STOPANTISEMITISM.ORG,<br><br>                    Defendants. | Civil Action<br><br>No. 2:23-cv-01115-GAM |

## DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR LIMITED FACT DISCOVERY

      Defendant Cabrini University ("Cabrini") by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(c), hereby files this Motion for Judgment on the Pleadings, or in the alternative Motion for Summary Judgment as to Plaintiff's remaining claims. Absent that relief, Cabrini seeks relief from this Court in the form of an order initially limiting fact discovery to facts relating to the authenticity of certain relevant documents (specifically: Plaintiff's Employment Contract (Dkt. 32-4), Cabrini's Faculty Handbook (Dkt. 32-2) and Social Media Addendum (Dkt. 32-3)) attached to Cabrini's Answer which are at issue in Count IV alleging breach of contract. Cabrini incorporates its Memorandum in Support of its Motion by reference as if fully set forth herein.

| | |
|---|---|
| Dated:  December 1, 2023 | Respectfully submitted,<br>/s/ *Marjorie Obod*<br>Marjorie Obod (Pa. No. 47531)<br>Patrick Hamlet (Pa. No. 327531)<br>DILWORTH PAXSON LLP<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102<br>mobod@dilworthlaw.com<br>phamlet@dilworthlaw.com<br>(215) 575-7000<br>*Counsel for Defendant Cabrini University* |

123972872-4