# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREEM A. TANNOUS** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 23-1115 |
| | : | |
| **CABRINI UNIVERSITY** | : | |

## ORDER

This 6th day of May, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant Cabrini University's Motion for Judgment on the Pleadings, ECF 37, is **GRANTED**. The breach of contract claim is dismissed with prejudice, and the retaliation claim dismissed without prejudice.

The Clerk is requested to mark this action closed for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge